UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                                           **Case No. 06-mj-240-01**

**CHARLES AIRO**

_____

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary examination, I find that there is probable cause to believe that the offenses charged in Title 21 U.S.C. § 846 have been committed and that the defendant committed them. It is therefore,

**ORDERED** that **CHARLES AIRO** is held to answer in the Western District of Tennessee where the prosecution is pending.

**DONE** and **ORDERED** in 167 North Main, Memphis, Tennessee on the 27th day of April, 2006.

_____s/ James H. Allen_____
JAMES H. ALLEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Counsel for Defendant
Charles

 Airo